UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
MIDDLE DIVISION

| | |
|---|---|
| In Re: | Case No. 12-02370 RSM |
| Lorrie Ann Johannessen, | Chapter 13 |
| Debtor. | Judge Randal S. Mashburn |

**NOTICE OF APPEARANCE OF BANK OF AMERICA, N.A, SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP REGARDING REAL PROPERTY LOCATED AT 15 CAGNEY COURT, SACRAMENTO, CALIFORNIA 95835**

Bank of America, N.A, successor by Merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP (hereinafter referred to as Bank of America, N.A), and Shapiro & Kirsch, LLP, as attorney for Bank of America, N.A., makes its appearance as a secured creditor in this cause and requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Shapiro & Kirsch, LLP
Attorney for Bank of America, N.A.
555 Perkins Road Extended, Second Floor
Memphis, TN 38117

Bank of America, N.A.
Mail Stop: TX2-982-03-03
7105 Corporate Drive
Plano, TX 75024

RESPECTFULLY SUBMITTED,

/s/ Bonnie Culp
Bonnie Culp (014741)
Attorney for Bank of America, N.A.
Law Offices of Shapiro & Kirsch, LLP
555 Perkins Road Extended, Second Floor
Memphis, TN 38117
Phone: 615-738-8400
Fax: (901) 767-8890
bculp@logs.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on April 24, 2012 to the following:

Alexander S. Koval
Rothschild & Ausbrooks, PLLC
1222 16th Ave S.
Suite 12
Nashville, TN 37212-2926


Lorrie Ann Johannessen
3200 West End Avenue #500
Nashville, TN, 37203


Henry Edward Hilderbrand, III
Office of the Chapter 13 Trustee
PO Box 190664
Nashville, TN 37219

                                      /s/ Bonnie Culp
                                      Bonnie Culp (014741)