Form hrgnot

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.: 3:12−bk−02370
Chapter: 13
Judge: Randal S Mashburn

In Re:
Lorrie Ann Johannessen
3200 West End Avenue #500
Nashville, TN 37203

Social Security No.:
xxx−xx−2399

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 1 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 6/12/13 at 08:30 AM

to consider and act upon the following:

78 – Codebtor's Objections and Response to (Related Document(s): 60, 70) Motions for Relief from Debtor and Codebtor Stays (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8) (RE: related document(s)60, 70). (Johannessen, Scott)

79 – Codebtor's Objections and Response to (Related Document(s): 60, 70) Motions for Relief from Debtor and Codebtor Stays Filed on the behalf of: Non−Filing Spouse Scott David Johannessen (RE: related document(s)60, 70). (Johannessen, Scott)

Update to original notice, if any:

Notice of Hearing on Response, Response− Filed on Behalf of Scott D. Johannessen, Codebtor to Bank of America, N.A.'s Amended Motion and Notice for Relief from Co−Debtor Stay. [NOTE: MOTION AND NOTICE INCLUDE AN INVALID HEARING DATE OF 6−5−2013 − NO CHAPTER 13 DOCKET SCHEDULED. HEARING WILL NOT TAKE PLACE ON THAT DATE]. Hearing scheduled 6/12/2013 at 08:30 AM at Courtroom 1 2nd Floor Customs House 701 Broadway Nashville TN 37203. (RE: related document(s)78, 79) (las)

Dated: 5/17/13

MATTHEW T LOUGHNEY
Clerk, U.S. Bankruptcy Court

BY: las
Deputy Clerk