UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LORRIE ANN JOHANNESSEN, | ) | Case No. 12-02370 |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Movant, | ) | Contested Matter |
| | ) | |
| v. | ) | |
| | ) | |
| LORRIE ANN JOHANNESSEN, | ) | |
| | ) | |
| Respondent. | ) | |

## AMENDED EXHIBIT AND WITNESS LIST

Bank of America, N.A. ("BANA"), by and through its undersigned counsel, pursuant to Local Bankruptcy Rule 9014-1(C)(2), hereby provides notice of evidence it may present at the hearing on BANA's *Motion for Relief from the Codebtor Stay*:

### WITNESSES

1. None.

2. BANA hereby reserves the right to call any and all witnesses as designated by Respondent Scott Johannessen ("Mr. Johannessen").

### EXHIBITS

1. *Promissory Note* dated December 8, 2006, executed by Mr. Johannessen and Debtor in favor of Sierra Pacific Mortgage Company, Inc. in the original principal amount of $262,500.00.

2. *Deed of Trust* dated December 8, 2006, executed by Mr. Johannessen and Debtor for the benefit of Sierra Mortgage, of record at Book 20061212, Page 1950, Sacramento County Recorder, with respect to property located at 15 Cagney Court, Sacramento, California 95835.

3. *Assignment of Deed of Trust* dated September 24, 2011, recorded at Book 20110930, Page 1097, Sacramento County Recorder.

4. Loan application submitted by Mr. Johannessen and Debtor.

5. *Quitclaim Deed* from Mr. Johannessen and Debtor to Meridian Venture Partners, LLC dated November 4, 2008.

6. Debtor's bankruptcy petition and schedules.

7. Debtor's Chapter 13 Plan, confirmed on June 15, 2012 (Docket No. 45).

8. Meridian Venture Partners, LLC's bankruptcy petition and schedules (Case No. 12-07594, Docket No. 1, Sch. A).

9. Declaration in Support of Stay Relief Motion (Docket No. 71).

10. Affidavit in Support of Stay Relief Motion (Docket No. 72).

11. Order Granting Bank of America N.A.'s Motion for Relief From the Automatic Stay (Docket No. 95).

May 28, 2013. Respectfully submitted,

/s/ Allison A. Economy
Allison A. Economy (Sup. Ct. No. 27623)
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, Tennessee 37219
(615) 244-5200; Fax: (615) 742-0732
aeconomy@stites.com
*Attorneys for Bank of America, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2013, the foregoing *Amended Exhibit and Witness List* was filed through the Court CM/ECF system and served electronically upon all Filing Users accepting Notice of Electronic Filing in this case. All parties may also access this filing through the CM/ECF system.

/s/ Allison A. Economy